Abdul–Aziz Rashid MUHAMMAD, Plaintiff–Appellant,

v.

UNITED STATES of America, Defendant–Appellee.

No. 06–7718.

United States Court of Appeals, Fourth Circuit.

Submitted: May 9, 2007.

Decided: June 4, 2007.

Abdul–Aziz Rashid Muhammad, Appellant Pro Se.

Before MICHAEL and KING, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Abdul–Aziz Rashid Muhammad appeals the district court's order accepting the recommendation of the magistrate judge and dismissing for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Muhammad*, No. 1:04–cv–00252–IMK–JSK (N.D.W.Va. Aug. 25, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore the court and argument would not aid the decisional process.

*AFFIRMED.*